Attachment 3.8(b)

Consisting of 3 Pages

EXHIBIT
23
PENGAD-Bayonne, N. J.

# APG, Inc. (Consolidated)
# Income Statement
## July 31, 2005

| Current month | | | | Year to date | | |
|---|---|---|---|---|---|---|
| Actual | Budget | Prior | | Actual | Budget | Prior |
| $18,093 | $15,562 | $14,118 | Net sales | $169,208 | $159,599 | $129,893 |
| 13,147 | 11,362 | 10,331 | Cost of sales – material | 122,563 | 117,828 | 93,017 |
| 4,946 | 4,200 | 3,787 | Gross profit | 46,645 | 41,771 | 36,876 |
| 27.3% | 27.0% | 26.8% | Per cent | 27.6% | 26.2% | 28.4% |
| 3,833 | 3,231 | 2,585 | Manufacturing & distribution | 34,177 | 31,568 | 27,203 |
| 1,113 | 969 | 1,202 | Gross margin | 12,468 | 10,203 | 9,673 |
| 6.2% | 6.2% | 8.5% | Per cent | 7.4% | 6.4% | 7.4% |
| 93 | 91 | 115 | Selling expense | 872 | 959 | 1,014 |
| 352 | 385 | 384 | General and administrative | 3,879 | 4,166 | 3,938 |
| 445 | 476 | 499 | Operating expense | 4,751 | 5,125 | 4,952 |
| 668 | 493 | 703 | Operating income | 7,717 | 5,078 | 4,721 |
| 3.7% | 3.2% | 5.0% | Per cent | 4.6% | 3.2% | 3.6% |
| 257 | 176 | 189 | Interest expense | 1,733 | 1,760 | 1,714 |
| 0 | 0 | 0 | Other expense (income) | 0 | 0 | 45 |
| 411 | 317 | 514 | Income (loss) before taxes | 5,984 | 3,318 | 2,962 |
| 2.3% | 2.0% | 3.6% | Per cent | 3.5% | 2.1% | 2.3% |
| (205) | 126 | 204 | Provision for income taxes | (2,579) | 1,326 | 1,184 |
| $616 | $191 | $310 | Net income (loss) | $8,553 | $1,992 | $1,778 |
| 3.4% | 1.2% | 2.2% | Per cent | 5.1% | 1.2% | 1.4% |

# APG, Inc.
## Balance Sheet
### July 31, 2005
(in thousands)

|  | Actual | Budget | Prior |
|---|---|---|---|
| **ASSETS** |  |  |  |
| Cash | $ 1 | $ 1 | $ 16 |
| Accounts receivable – net | 33,549 | 29,698 | 31,208 |
| Inventory | 23,775 | 16,637 | 18,845 |
| Other current assets | 2,958 | 2,706 | 5,353 |
| Total current assets | 60,283 | 49,042 | 55,422 |
|  |  |  |  |
| Property, plant and equipment | 59,957 | 64,831 | 62,216 |
| Accumulated depreciation | (38,261) | (38,440) | (35,637) |
| Net fixed assets | 21,696 | 26,391 | 26,579 |
|  |  |  |  |
| Other assets | 4,521 | 3,095 | 3,586 |
|  |  |  |  |
| Total assets | $ 86,500 | $ 78,528 | $ 85,587 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** |  |  |  |
| Notes payable – current portion | $ - | $ - | $ - |
| Long term debt – current portion | 2,005 | 2,053 | 3,144 |
| Accounts payable | 28,742 | 20,938 | 24,272 |
| Other current liabilities | 2,543 | 3,761 | 4,957 |
| Total current liabilities | 33,290 | 26,752 | 32,373 |
| Long term liabilities | 30,272 | 34,308 | 39,238 |
| Stockholders' equity | 22,938 | 17,468 | 13,976 |
| Total liabilities and stockholders' equity | $ 86,500 | $ 78,528 | $ 85,587 |

# APG, Inc.
## Cash Flow Statement
### July 31, 2005
(in thousands)

|  | Actual | Budget | Prior |
|---|---|---|---|
| **CASH FLOW FROM OPERATING ACTIVITIES** |  |  |  |
| Net income (loss) | $8,563 | $1,992 | $1,778 |
| Amortization | 40 | 40 | 43 |
| Depreciation | 2,325 | 2,319 | 2,318 |
| (inc) dec in accounts receivable | (7,627) | (3,776) | (7,939) |
| (inc) dec in inventory | (7,865) | (727) | (3,882) |
| (inc) dec in other assets | (251) | 1 | (1,809) |
| inc (dec) in accounts payable | 9,194 | 1,390 | 3,770 |
| inc (dec) in other liabilities | (2,418) | (1,200) | 864 |
| Net cash flow - operating activities | 1,961 | 39 | (4,857) |
|  |  |  |  |
| **CASH FLOW FROM INVESTING ACTIVITIES** |  |  |  |
| Property additions | (2,811) | (2,000) | (1,392) |
| Proceeds on sale of property | 5,500 | - | - |
| Increase in other assets | (1,336) | 90 | 11 |
| Net cash flow - investing activities | 1,353 | (1,910) | (1,381) |
|  |  |  |  |
| **CASH FLOW FROM FINANCING ACTIVITIES** |  |  |  |
| Proceeds from new debt | - | - | - |
| Repayment of long term debt | (6,776) | (3,918) | (2,223) |
| Inc (dec) in revolving loans | 5,313 | 6,539 | 7,908 |
| Other long term debt | - | - | - |
| HCI LLC note payable to PFI | - | - | (189) |
| Distributions | (1,851) | (750) | - |
| Writeoff of deferred income tax | - | - | - |
| Net cash - from financing activities | (3,314) | 1,871 | 5,496 |
|  |  |  |  |
| Net cash flow | 0 | 0 | (742) |
| Cash - beginning of period | 1 | 1 | 758 |
|  |  |  |  |
| Cash - end of period | $ 1 | $ 1 | $ 16 |